**DECLARACION DE** _Isaias R._
**REF: APPLICACION PARA TUTOR AD LITEM PARA DEMANDANTE**
_Isaias R._

El peticionario _Isaias R._ respetuosamente representa:

1. Hago esta declaración en apoyo de la Moción para designar a _Escarle R._ como mi tutor ad litem. Los hechos establecidos en esta declaración son verdaderos de mi conocimiento personal, y si llamado a testificar a ellos, lo podría y haría bajo juramento.

2. Soy el demandante en una demanda en contra del Gobernador Richard D. Snyder, *et al.*, buscando terminar la negación ilegal de mi acceso a la literacidad. Mi fecha de nacimiento es ■■■■■■■■■■.

3. Quiero que _Escarle R._, mi tutor legal, me ayude en esta demanda y que sea mi tutor ad litem en esta demanda.

4. _Escarle R._ es mi _madre_ con quien actualmente vivo. Creo que _Escarle R._ cuidará mis mejores intereses en esta demanda.

5. No se ha presentado una petición previa para tutor ad litem en esta acción.

Declaro bajo pena de perjurio conforme a las leyes del Estado de California que lo anterior es verdadero y correcto.

Ejecutado en _9/1_, 2016 en _Detroit_, Michigan.

_Isaias R._
Isaias R.

3233657.7 01

### [English Translation]

### DECLARATION OF ISAIAS R.
### RE: APPLICATION FOR GUARDIAN AD LITEM FOR PLAINTIFF ISAIAS R.

Petitioner <u>Isaias R.</u> respectfully represents:

 1. I make this declaration in support of the Motion to appoint <u>Escarle R.</u> as my guardian ad litem. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would do so under oath.

 2. I am the plaintiff in a lawsuit against Governor Richard D. Snyder, *et al.*, seeking to end unlawful denials of my access to literacy. My date of birth is ███.

 3. I want <u>Escarle R.</u>, my legal guardian, to help me in this lawsuit and to be my guardian ad litem in this lawsuit.

 4. <u>Escarle R.</u> is my <u>mother</u>, with whom I am current residing. I believe <u>Escarle R.</u> will look out for my best interests in this lawsuit.

 5. No previous petition for a guardian ad litem has been filed in this action.

I declare under penalty of perjury under the law of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed on <u>9/1</u>, 2016 in <u>Detroit</u>, Michigan.

            /s/ _____
            Isaias R.