DECLARACION DE __Escarle R.__
**REF: APLICACIÓN PARA TUTOR AD LITEM PARA EL DEMANDANTE**
__Isaias R.__

1. Soy un individuo residiendo en el estado de Michigan. Los hechos establecidos en esta declaración son basados en mi propia experiencia y observación. Si llamado a testificar, podría y lo haría competentemente.

2. Soy mayor de 18 años, soy competente, y estoy dispuesto a actuar en el mejor interés del menor.

3. Soy el tutor legal y la __madre__ de __Isaias R.__, un menor que nació en ▮▮▮▮. __Isaias R.__ ha estado viviendo conmigo desde ▮▮▮▮ y durante este tiempo, he actuado en su mejor interés. Estoy buscando representar los derechos legales de __Isaias R.__ como su tutor ad litem, para el propósito de esta acción legal. Entiendo mis obligaciones en mi capacidad como tutor ad litem.

4. No tengo interés financiero en el resultado de esta acción.

5. Pido una orden aprobando mi petición para actuar como tutor ad litem para __Isaias R.__, un menor, quien es un Demandante en esta acción.

Declaro bajo pena de perjurio conforme a las leyes del Estado de Michigan que lo anterior es verdadero y correcto.

Ejecutado en __9/1__, 2016 en __Detroit__, Michigan.

__Escarle R.__
Escarle R.

- 2 -

3233657.7 01

**[English Translation]**

## DECLARATION OF <u>ESCARLE R.</u>
## RE: APPLICATION FOR GUARDIAN AD LITEM FOR PLAINTIFF <u>ISAIAS R.</u>

1. I am an individual residing in the State of Michigan. The facts stated in this declaration are based upon my own experience and observation. If called upon to testify, I could and would testify competently to these facts.

2. I am over the age of 18 years and I am competent and willing to act in the minor's best interest.

3. I am the legal guardian and mother of <u>Isaias R.</u>, a minor who was born on ▬▬▬. <u>Isaias R.</u> has been living with me since ▬▬▬ and during this time, I have acted in his best interest. I am seeking to represent the legal rights of <u>Isaias R.</u> as his guardian ad litem, for the purposes of this legal action. I understand my obligations in my capacity as guardian ad litem.

4. I have no financial interest in the outcome of this action.

5. I request an order approving my request to act as guardian ad litem for *Isaias R.* a minor, who is a Plaintiff in this action.

I declare under penalty of perjury under the laws of Michigan that the foregoing is true and correct to the best of my knowledge and belief.

Executed on <u>9/1</u>, 2016 in <u>Detroit</u>, Michigan.

/s/_____
Escarle R.