UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY B.; JESSIE K., a minor by Yvette K., guardian ad litem; CRISTOPHER R. and ISAIAS R., minors, by Escarle R., guardian ad litem; ESMERALDA V., a minor, by Laura V., guardian ad litem; PAUL M.; JAIME R., a minor, by Karen R., guardian ad litem, on behalf of themselves and all others similarly situated.<br><br>      Plaintiffs,<br><br>v<br><br>RICHARD D. SNYDER, in his Official Capacity as Governor of the State of Michigan; JOHN C. AUSTIN, MICHELLE FECTEAU, LUPE RAMOS-MONTIGNY, PAMELA PUGH, KATHLEEN N. STRAUS, CASANDRA E. ULBRICH, EILEEN WEISER, and RICHARD ZEILE, in their official capacities as members of the Michigan Board of Education; BRIAN J. WHITSON, in his official capacity as Superintendent of Public Instruction for the State of Michigan; DAVID B. BEHEN, in his official capacity as Director of the Michigan Department of Technology, Management, and Budget; and Natasha Baker, in her | **CLASS ACTION**<br><br>No. 16-CV-13292<br><br>HON. STEPHEN J.<br>      MURPHY III<br><br>MAG. ANTHONY P. PATTI<br><br><br>**INDEX OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS AND SUPPORTING BRIEF** |

official capacity as the State School
Reform/Redesign Officers,

    Defendants.

---

Jennifer M. Wheeler (P6316898)
SIDLEY AUSTIN LLP
Attorney for Plaintiffs
One South Dearborn
Chicago, IL 60603
(312) 853-7000
jwheeler@sidley.com

Bruce A. Miller (P17746)
MILLER COHEN, PLC
600 West Lafayette Blvd., 4th Floor
Detroit, MI 48226
(313) 566-4787
brucemiller@millercohen.com

---

Timothy J. Haynes (P41196)
Joshua S. Smith (P63349)
Katherine J. Bennett (75913)
Attorneys for State Defendants
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 373-7700
haynest3@michigan.gov
smithj46@michigan.gov
bennettK1@michigan.gov

    /

---

# INDEX OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS AND SUPPORTING BRIEF

| Exhibit | Description |
| --- | --- |
| 1 | *Fernanders v. Mich. Dep't of Military & Veterans Affairs,* No. 12-11752, 2012 U.S. Dist. LEXIS 111872 (E.D. Mich. Aug. 9, 2012) |
| 2 | *Roberts v. Louisiana Homes*, No. 09-CV-11066, 2009 U.S. Dist. LEXIS 36946 (E.D. Mich. May 1, 2009) |
| 3 | *Darwich v. Dearborn*, No. 10-14073, 2011 U.S. Dist. LEXIS 49724 (E.D. Mich. May 10, 2011) |
| 4 | Select Panel 1988 Rpt. |
| 5 | Council of Great City Schls. 2008 Rpt. |
| 6 | *City Financial Emergencies: The Intergovernmental Dimension*, Advisory Commission of Intergovernmental Relations, July 1973 |
| 7 | *Phillips v Snyder*, 836 F.3d 707; 2016 U.S. App. Lexis 16663 (6th Cir. 2016) |
| 8 | *Moore v Snyder* Complaint, Michigan Court of Claims Docket No. 16-000153-MM |
| 9 | *Moore v Snyder*, unpublished opinion of the Michigan Court of Claims, issued August 4, 2016 (Docket No. 16-000153-MM) |
| 10 | *Lyda v. City of Detroit* (*In re City of Detroit*), No. 15-2236, slip. op. at 18 (6th Cir. November 14, 2016) |

| | |
|---|---|
| 11 | *Doe v. L.A. Unified Sch. Dist.*, No. 2:16-cv-00305-CAS, 2016 U.S. Dist. LEXIS 66291 (C.D. Cal. 2016) |
| 12 | *Davids v. N. Iowa Cmty. Sch. Dist.*, Case No. 14-3002-MWB, 2015 U.S. Dist. LEXIS 92421 (N.D. Iowa 2015) |