UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY B., et al.,

    Plaintiffs,                                    Case No. 2:16-cv-13292

v.                                           HONORABLE STEPHEN J. MURPHY, III

RICHARD SNYDER, et al.,

    Defendants.

                                            /

### ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS AMICAE CURIAE [98]

Three organizations filed a motion seeking leave to file a brief as amicae curiae. Defendants do not oppose the motion for leave, provided they are permitted a reasonable time to respond. The Court will grant the motion and permit Defendants 30 days to respond.

**WHEREFORE**, it is hereby **ORDERED** that the motion seeking leave to file a brief as amicae curiae [98] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall have **30 days** from the date of this Order to file responsive briefs.

**SO ORDERED**.

                                            s/Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: March 13, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 13, 2017, by electronic and/or ordinary mail.

                                            s/David P. Parker
                                            Case Manager