UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY B., et al.,

    Plaintiffs,

v.

RICHARD SNYDER, et al.,

    Defendants.
_____/

Case No. 2:16-cv-13292

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's order dated June 29, 2018, the Complaint is **DISMISSED WITH PREJUDICE**.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/D. Parker
Deputy Clerk

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT COURT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 29, 2018, by electronic and/or ordinary mail.

s/David P. Parker
Case Manager