## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| GARY B.; JESSIE K., a minor, by Yvette K., guardian ad litem; CRISTOPHER R. and ISAIAS R., minors, by Escarle R., guardian ad litem; ESMERALDA V., a minor, by Laura V., guardian ad litem; PAUL M.; JAIME R., a minor, by Karen R., guardian ad litem, on behalf of themselves and all others similarly situated, | Civil Action No.: 16-CV-13292 <br><br> **CLASS ACTION** <br><br> **AMENDED NOTICE OF APPEAL** |
| Plaintiffs, | |
| v. | |
| RICHARD D. SNYDER, in his official capacity as Governor of the State of Michigan; JOHN C. AUSTIN, MICHELLE FECTEAU, LUPE RAMOS-MONTIGNY, PAMELA PUGH; KATHLEEN N. STRAUS, CASANDRA E. ULBRICH, EILEEN WEISER, and RICHARD ZEILE, in their official capacities as members of the Michigan Board of Education; BRIAN J. WHISTON, in his official capacity as Superintendent of Public Instruction for the State of Michigan; DAVID B. BEHEN, in his official capacity as Director of the Michigan Department of Technology, Management, and Budget; and NATASHA BAKER, in her official capacity as the State School Reform/Redesign Officer, | |
| Defendants. | |

## **AMENDED NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs in the above-captioned case, Gary B., Jessie K., Cristopher R., Isaias R., Esmeralda V., Paul M., and Jaime R., hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Final Judgment (Dkt. 113) entered in this action on June 29, 2018, and the Opinion and Order Granting Defendants' Motion to Dismiss (Dkt. 112 and 117) entered on June 29, 2018, and subsequently corrected by the Court on July 27, 2018.

Dated: July 30, 2018

Respectfully submitted,

*/s/ Mark D. Rosenbaum*
Mark D. Rosenbaum (59940)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
mrosenbaum@publiccounsel.org

*/s/ Carter G. Phillips*
Carter G. Phillips (2198894)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
cphillips@sidley.com

*/s/ Tacy F. Flint*
Tacy F. Flint (6284806)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
tflint@sidley.com

*/s/ Michael C. Kelley*
Michael C. Kelley (90062)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
mkelley@sidley.com

*/s/ Evan H. Caminker*
Evan H. Caminker (P65672)
University of Michigan Law School
625 South State Street
3250 South Hall
Ann Arbor, MI 48109
caminker@umich.edu

*/s/ Bruce A. Miller*
Bruce A. Miller (P417746)
600 West Lafayette Blvd., 4th Floor
Detroit, MI 49226
brucemiller@millercohen.com

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

                                                 */s/ Tacy F. Flint*
                                                Tacy F. Flint
                                                SIDLEY AUSTIN LLP
                                                One South Dearborn
                                                Chicago, IL 60603
                                                Telephone: (312) 853-7000
                                                Facsimile: (312) 853-7036
                                                E-Mail: tflint@sidley.com