UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gary B., et al.,

                Plaintiff(s),

v.                                      Case No. 2:16–cv–13292–SJM–APP
                                           Hon. Stephen J. Murphy III

Richard D. Snyder, et al.,

                Defendant(s).

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH  45202–3988

and all interested parties, by electronic means or first class U.S. mail, on July 30, 2018.

                                              DAVID J. WEAVER, CLERK OF COURT

                                              By: <u>s/ L. Granger</u>
                                                    Deputy Clerk

Dated:  July 30, 2018