UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY B. et al.,

    Plaintiff,                              CASE NO. 2:16-cv-13292

v.                                         HONORABLE STEPHEN J. MURPHY, III

RICHARD D. SNYDER,

    Defendant.
_____/

## ORDER STRIKING LETTER DOC. No. (121)

On January 3, 2019, Doc. No. (121) was entered which was improperly filed on the wrong case. This letter is associated with case 18-cv-13903. Doc. No. (121) was entered in error and will be stricken from the docket.

IT IS ORDERED that the Clerk Office is directed to strike Doc. No. (121) and remove the image from the docket.

IT IS FURTHER ORDER that the letter be refiled under the proper case number which is indicated above.

SO ORDERED.

Dated: January 3, 2019        s/Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 3, 2019, by electronic and/or ordinary mail.

                                            s/David P. Parker
                                            Case Manager