# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 02, 2019

| | |
|---|---|
| Mr. Christopher Mark Allen | Julian D Miller |
| Mr. Joshua Eugene Anderson | Ms. Jenice C. Mitchell Ford |
| Mr. James E Burke Jr. | Ms. Suzanne Brindise Notton |
| Mr. Adam W. Burrowbridge | Jayesh Patel |
| Mr. Evan Howard Caminker | Ms. Tina M. Patterson |
| Ms. Bria Delaney | Mr. James M. Perez |
| Mr. Michael J. Dell | Mr. Carter Glasgow Phillips |
| Ms. Kathryn Eidmann | Tara Jordan Plochocki |
| Mr. Randall P. Ewing Jr. | Mr. Michael A. Rebell |
| Ms. Tacy Fletcher Flint | Mr. Mark D. Rosenbaum |
| Mr. David S. Flugman | Ms. Ann M. Sherman |
| Mr. Lawrence Fogel | Mr. Joshua Sean Smith |
| Mr. Steven Guggenheim | Mr. Scott Burnett Smith |
| Mr. Mark E. Haddad | Mr. Michael Jay Steinberg |
| Ms. Toni L. Harris | David Strom |
| Mr. Nicholas Klenow | Ms. Amanda Brooke Stubblefield |
| Mr. Yelena Konanova | Ms. Jessica Underwood |
| Mr. Daniel S. Korobkin | Ms. Jennifer Martin Wheeler |
| Ms. Cary S. McGehee | Mr. Bryce J. Yoder |
| Mr. Anton Metlitsky | Mr. Bruce A. Miller |

Re: Case No. 18-1855/18-1871, *Gary B., et al v. Gretchen Whitmer, et al*
Originating Case No. : 2:16-cv-13292

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jennifer Earl
on behalf of Robin Johnson, Case Manager
Direct Dial No. 513-564-7039

cc: Mr. David J. Weaver

Enclosure

No. 18-1855

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| GARY B., et al., | ) | |
| | ) | **FILED** |
| Plaintiffs-Appellants, | ) | Jul 02, 2019 |
| | ) | DEBORAH S. HUNT, Clerk |
| v. | ) | O R D E R |
| | ) | |
| GRETCHEN WHITMER, Governor, et al., | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

The defendants-appellees move for leave to file a corrected appellee brief to reflect that two members of the Michigan State Board of Education have advised counsel that the brief does not reflect their legal position.

The motion is GRANTED. The appellee brief filed on May 24, 2019 will be locked on the court's docket. The defendants-appellees are directed to refile their corrected brief using the "corrected brief" CM/ECF filing event within seven days of this order.

                                                 ENTERED PURSUANT TO RULE 45(a)
                                                 RULES OF THE SIXTH CIRCUIT

                                                 Deborah S. Hunt, Clerk