# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540

Deborah S. Hunt       POTTER STEWART U.S. COURTHOUSE       Tel. (513) 564-7000

Clerk       CINCINNATI, OHIO 45202-3988       www.ca6.uscourts.gov

Filed: September 20, 2019

Mr. Mark D. Rosenbaum
Law Office
610 S. Ardmore Avenue
Los Angeles, CA 90005

Re:   Case No. 18-1855/18-1871, *Gary B., et al v. Gretchen Whitmer, et al*
Originating Case No. : 2:16-cv-13292

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc:   Mr. Christopher Mark Allen
Mr. Joshua Eugene Anderson
Mr. James E Burke Jr.
Mr. Adam W. Burrowbridge
Mr. Evan Howard Caminker
Ms. Bria Delaney
Mr. Michael J. Dell
Ms. Kathryn Eidmann
Mr. Randall P. Ewing Jr.
Ms. Tacy Fletcher Flint
Mr. David S. Flugman
Mr. Lawrence Fogel
Mr. Jerome Dale Goldberg
Mr. Steven Guggenheim

Mr. Mark E. Haddad
Ms. Toni L. Harris
Mr. Raymond O. Howd
Mr. Nicholas Klenow
Mr. Yelena Konanova
Mr. Daniel S. Korobkin
Ms. Cary S. McGehee
Mr. Anton Metlitsky
Mr. Bruce A. Miller
Mr. Julian D. Miller
Ms. Jenice C. Mitchell Ford
Ms. Suzanne Brindise Notton
Mr. Jayesh Patel
Ms. Tina M. Patterson
Mr. James M. Perez
Mr. Carter Glasgow Phillips
Ms. Tara Jordan Plochocki
Mr. Michael A. Rebell
Ms. Ann M. Sherman
Mr. Scott Burnett Smith
Mr. Michael Jay Steinberg
Mr. David Strom
Ms. Amanda Brooke Stubblefield
Ms. Jessica Underwood
Mr. David J. Weaver
Ms. Jennifer Martin Wheeler
Mr. Bryce J. Yoder

Enclosure

Case No. 18-1855/18-1871

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

GARY B.; JESSIE K., a minor, by Yvette K., guardian ad litem; CHRISTOPHER R., a minor by Escarle R., guardian ad litem; ISAIAS R., a minor by Escarle R., guardian ad litem; ESMERALDA V., a minor by Laura V., guardian ad litem; PAUL M.; JAIME R., a minor by Karen R. guardian ad litem

       Plaintiffs - Appellants

v.

GRETCHEN WHITMER, Governor; TOM MCMILLIN, member of the MI Bd of Education; MICHELLE FECTEAU, member of the MI Bd of Ed; LUPE RAMOS-MONTIGNY, member of the MI Bd of Ed; PAMELA PUGH, member of the MI Bd of Ed; JUDITH PRITCHETT, member of the MI Bd of Ed; CASANDRA E. ULBRICH, member of the MI Bd of Ed; NIKKI SNYDER, member of the MI Bd of Ed; TIFFANY TILLEY, member of the MI Bd of Ed; SHEILA ALLES, Interim Superintendent of Public Instruction for the State of MI; TRICIA L. FOSTER, Director of the MI Dept of Technology; WILLIAM PEARSON, State School Reform/Redesign Officer, in their official capacities

       Defendants - Appellees


    Upon consideration of the motion filed by Ann M. Sherman for Michigan Attorney General Dana Nessel to file amicus brief out of time; and the subsequent motion requesting leave for amicus to appear at oral argument,

    It is **ORDERED** that the motions be, and they hereby are, **DENIED**.


         **ENTERED BY ORDER OF THE COURT**
         Deborah S. Hunt, Clerk

Issued: September 20, 2019