# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 20, 2019

Mr. Mark D. Rosenbaum
Law Office
610 S. Ardmore Avenue
Los Angeles, CA 90005

    Re: Case No. 18-1855/18-1871, *Gary B., et al v. Gretchen Whitmer, et al*
         Originating Case No. : 2:16-cv-13292

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                          Sincerely yours,

                                          s/Robin L. Johnson
                                          Case Manager
                                          Direct Dial No. 513-564-7039

cc: Mr. Christopher Mark Allen
    Mr. Joshua Eugene Anderson
    Mr. James E Burke Jr.
    Mr. Adam W. Burrowbridge
    Mr. Evan Howard Caminker
    Ms. Bria Delaney
    Mr. Michael J. Dell
    Ms. Kathryn Eidmann
    Mr. Randall P. Ewing Jr.
    Ms. Tacy Fletcher Flint
    Mr. David S. Flugman
    Mr. Lawrence Fogel
    Mr. Jerome Dale Goldberg
    Mr. Steven Guggenheim

Mr. Mark E. Haddad
Ms. Toni L. Harris
Mr. Raymond O. Howd
Mr. Nicholas Klenow
Mr. Yelena Konanova
Mr. Daniel S. Korobkin
Ms. Cary S. McGehee
Mr. Anton Metlitsky
Mr. Bruce A. Miller
Mr. Julian D Miller
Ms. Jenice C. Mitchell Ford
Ms. Suzanne Brindise Notton
Mr. Jayesh Patel
Ms. Tina M. Patterson
Mr. James M. Perez
Mr. Carter Glasgow Phillips
Ms. Tara Jordan Plochocki
Mr. Michael A. Rebell
Ms. Ann M. Sherman
Mr. Scott Burnett Smith
Mr. Michael Jay Steinberg
Mr. David Strom
Ms. Amanda Brooke Stubblefield
Ms. Jessica Underwood
Mr. David J. Weaver
Ms. Jennifer Martin Wheeler
Mr. Bryce J. Yoder

Enclosure

Case No. 18-1855/18-1871

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

GARY B.; JESSIE K., a minor, by Yvette K., guardian ad litem; CHRISTOPHER R., a minor by Escarle R., guardian ad litem; ISAIAS R., a minor by Escarle R., guardian ad litem; ESMERALDA V., a minor by Laura V., guardian ad litem; PAUL M.; JAIME R., a minor by Karen R. guardian ad litem

      Plaintiffs - Appellants

v.

GRETCHEN WHITMER, Governor; TOM MCMILLIN, member of the MI Bd of Education; MICHELLE FECTEAU, member of the MI Bd of Ed; LUPE RAMOS-MONTIGNY, member of the MI Bd of Ed; PAMELA PUGH, member of the MI Bd of Ed; JUDITH PRITCHETT, member of the MI Bd of Ed; CASANDRA E. ULBRICH, member of the MI Bd of Ed; NIKKI SNYDER, member of the MI Bd of Ed; TIFFANY TILLEY, member of the MI Bd of Ed; SHEILA ALLES, Interim Superintendent of Public Instruction for the State of MI; TRICIA L. FOSTER, Director of the MI Dept of Technology; WILLIAM PEARSON, State School Reform/Redesign Officer, in their official capacities

      Defendants - Appellees

    Upon sua sponte consideration, the previous order filed this date is withdrawn pending further review.

                                  **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: September 20, 2019