# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 29, 2019

Mr. James E Burke Jr.
Keating, Muething & Klekamp
1 E. Fourth Street, Suite 1400
Cincinnati, OH 45202

Mr. Randall P. Ewing Jr.
Korein Tillery
205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601

Mr. Yelena Konanova
Selendy & Gay
1290 Avenue of the Americas
New York, NY 10104

Ms. Cary S. McGehee
Pitt, McGehee, Palmer & Rivers
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067

Mr. Jayesh Patel
440 Burroughs Street, Suite 634
Detroit, MI 48202

Tara Jordan Plochocki
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Avenue, N.W., Suite 1000
Washington, DC 20005

Mr. David Strom
American Federation of Teachers
555 New Jersey Avenue, N.W.
Washington, DC 20001

Mr. Michael J. Dell
Kramer, Levin, Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Mr. Steven Guggenheim
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Mr. Daniel S. Korobkin
American Civil Liberties Union Of Michigan
2966 Woodward Avenue
Detroit, MI 48201

Mr. Anton Metlitsky
O'Melveny & Myers
7 Times Square
New York, NY 10036

Ms. Tina M. Patterson
The PuLSE Institute
615 Griswold Street, Suite 700
Detroit, MI 48226

Mr. Michael A. Rebell
Michael A. Rebell Associates
475 Riverside Drive, Suite 1373
New York, NY 10027

Re: Case No. 18-1855/18-1871, *Gary B., et al v. Gretchen Whitmer, et al*
Originating Case No. : 2:16-cv-13292

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc: Mr. Christopher Mark Allen
Mr. Joshua Eugene Anderson
Mr. Adam W. Burrowbridge
Mr. Evan Howard Caminker
Ms. Bria Delaney
Ms. Kathryn Eidmann
Ms. Tacy Fletcher Flint
Mr. David S. Flugman
Mr. Lawrence Fogel
Mr. Jerome Dale Goldberg
Mr. Mark E. Haddad
Ms. Toni L. Harris
Mr. Raymond O. Howd
Mr. Nicholas Klenow
Mr. Bruce A. Miller
Mr. Julian D Miller
Ms. Jenice C. Mitchell Ford
Ms. Suzanne Brindise Notton
Mr. Carter Glasgow Phillips
Mr. Mark D. Rosenbaum
Ms. Ann M. Sherman
Mr. Scott Burnett Smith
Mr. Michael Jay Steinberg
Ms. Amanda Brooke Stubblefield
Ms. Jessica Underwood
Mr. David J. Weaver
Ms. Jennifer Martin Wheeler
Mr. Bryce J. Yoder

Enclosure

Nos. 18-1855/1871

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| GARY B, *et al.*, | ) |
| | ) **FILED** |
| Plaintiffs-Appellants, | ) Oct 29, 2019 |
| | ) DEBORAH S. HUNT, Clerk |
| v. | ) ON APPEAL FROM THE UNITED |
| | ) STATES DISTRICT COURT FOR |
| GRETCHEN WHITMER, *et al.*, | ) THE EASTERN DISTRICT OF |
| | ) MICHIGAN |
| Defendants-Appellees. | ) |

O R D E R

Before: CLAY, STRANCH, and MURPHY, Circuit Judges.

The motions for leave to file *amicus* briefs by economists and professors (Dkt. No. 75); the American Federation of Teachers, AFL-CIO (Dkt. No. 83); the City of Detroit (Dkt. No. 85); the Education Trust (Dkt. No. 96); PEN America (Dkt. No. 101); the American Civil Liberties Union of Michigan (Dkt. No. 107); and Martha Minow (Dkt. No. 121) are **GRANTED**. The motions for leave to file *amicus* briefs by the Campaign for the Civic Mission of the Schools, *et al.* (Dkt. No. 60); the PuLSE Institute (Dkt. No. 79); scholars, entities, and university administrators (Dkt. No. 110); education law and policy and civil rights professors (Dkt. No. 116); education experts and advocates (Dkt. No. 119); and 482Forward (Dkt. No. 124) are **DENIED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk