# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 24, 2020

Mr. Adam W. Burrowbridge
Wilson, Sonsini, Goodrich & Rosati
1700 K Street, N.W., Fifth Floor
Washington, DC 20006

Mr. Steven Guggenheim
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

> Re: Case No. 18-1855/18-1871, *Gary B., et al v. Gretchen Whitmer, et al*
> Originating Case No. : 2:16-cv-13292

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc: Mr. Christopher Mark Allen
    Mr. Joshua Eugene Anderson
    Mr. James E Burke Jr.
    Mr. Evan Howard Caminker
    Ms. Bria Delaney
    Mr. Michael J. Dell
    Ms. Kathryn Eidmann
    Mr. Randall P. Ewing Jr.
    Ms. Tacy Fletcher Flint

    Mr. David S. Flugman
    Mr. Lawrence Fogel
    Mr. Jerome Dale Goldberg
    Mr. Mark E. Haddad
    Ms. Toni L. Harris
    Mr. Raymond O. Howd
    Mr. Nicholas Klenow
    Mr. Yelena Konanova
    Mr. Daniel S. Korobkin
    Ms. Cary S. McGehee
    Mr. Anton Metlitsky
    Mr. Bruce A. Miller
    Mr. Julian D Miller
    Ms. Jenice C. Mitchell Ford
    Mr. Jayesh Patel
    Ms. Tina M. Patterson
    Mr. Carter Glasgow Phillips
    Ms. Tara Jordan Plochocki
    Mr. Michael A. Rebell
    Mr. Mark D. Rosenbaum
    Ms. Ann M. Sherman
    Mr. Scott Burnett Smith
    Mr. Michael Jay Steinberg
    Mr. David Strom
    Ms. Amanda Brooke Stubblefield
    Ms. Jessica Underwood
    Mr. David J. Weaver
    Ms. Jennifer Martin Wheeler
    Mr. Bryce J. Yoder

Enclosure

Case No. 18-1855/18-1871

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

GARY B.; JESSIE K., a minor, by Yvette K., guardian ad litem; CHRISTOPHER R., a minor by Escarle R., guardian ad litem; ISAIAS R., a minor by Escarle R., guardian ad litem; ESMERALDA V., a minor by Laura V., guardian ad litem; PAUL M.; JAIME R., a minor by Karen R. guardian ad litem

   Plaintiffs - Appellants

v.

GRETCHEN WHITMER, Governor; TOM MCMILLIN, member of the MI Bd of Education; MICHELLE FECTEAU, member of the MI Bd of Ed; LUPE RAMOS-MONTIGNY, member of the MI Bd of Ed; PAMELA PUGH, member of the MI Bd of Ed; JUDITH PRITCHETT, member of the MI Bd of Ed; CASANDRA E. ULBRICH, member of the MI Bd of Ed; NIKKI SNYDER, member of the MI Bd of Ed; TIFFANY TILLEY, member of the MI Bd of Ed; SHEILA ALLES, Interim Superintendent of Public Instruction for the State of MI; TRICIA L. FOSTER, Director of the MI Dept of Technology; WILLIAM PEARSON, State School Reform/Redesign Officer, in their official capacities

   Defendants - Appellees


BEFORE:  CLAY, STRANCH, and  MURPHY, Circuit Judges;

 Upon consideration of motion to reconsider order dated October 29, 2019,

 It is **ORDERED** that the motion be and it hereby is **DENIED**.

            **ENTERED BY ORDER OF THE COURT**
            Deborah S. Hunt, Clerk

Issued: April 24, 2020