# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 19, 2020

Mr. Christopher Mark Allen
Michigan Department of Attorney General
P.O. Box 30217
Lansing, MI 48909

Mr. Joshua Eugene Anderson
Sidley Austin
555 W. Fifth Street
Suite 4000
Los Angeles, CA 90013

Ms. Elizabeth Briggs
Office of the Attorney General
P.O. Box 30758
Lansing, MI 48917

Mr. James E Burke Jr.
Keating, Muething & Klekamp
1 E. Fourth Street
Suite 1400
Cincinnati, OH 45202

Mr. Adam W. Burrowbridge
Wilson, Sonsini, Goodrich & Rosati
1700 K Street, N.W.
Fifth Floor
Washington, DC 20006

Mr. John J. Bursch
Alliance Defending Freedom
440 First Street, N.W.
Suite 600
Washington, DC 20001

Mr. Evan Howard Caminker
University of Michigan Law School
Federal Appellate Litigation Clinic
Law Student
3250 South Hall
Ann Arbor, MI 48109

Mr. Travis Comstock
Office of the Attorney General
525 W. Ottawa Street
Second Floor
Lansing, MI 48909

Ms. Bria Delaney
Selendy & Gay
1290 Avenue of the Americas
New York, NY 10104

Mr. Michael J. Dell
Kramer, Levin, Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Ms. Kathryn Eidmann
Law Office
610 S. Ardmore Avenue
Los Angeles, CA 90005

Mr. Randall P. Ewing Jr.
Korein Tillery
205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601

Mr. Michael P. Farris
Home School Legal Defense Association
1 Patrick Henry Circle
Purcellville, VA 20132

Ms. Tacy Fletcher Flint
Sidley Austin, One S. Dearborn Street
Chicago, IL 60603

Mr. David S. Flugman
Selendy & Gay
1290 Avenue of the Americas, 17th Floor
New York, NY 10104

Mr. Lawrence Fogel
Sidley Austin
One S. Dearborn Street
Chicago, IL 60603

Mr. Neil Anthony Giovanatti
Office of the Attorney General
P.O. Box 30758
Lansing, MI 48917

Mr. Jerome Dale Goldberg
Law Office
2727 Second Avenue
Suite 111
Detroit, MI 48201

Mr. Rory Thomas Gray
Alliance Defending Freedom
1000 Hurricane Shoals Road, N.E., Suite D-1100
Lawrenceville, GA 30043

Mr. Steven Guggenheim
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Mr. Mark E. Haddad
University of Southern California
USC Gould School of Law
699 Exposition Boulevard
Los Angeles, CA 90085-0021

Ms. Toni L. Harris
Office of the Attorney General
P.O. Box 30758
Lansing, MI 48917

Mr. Raymond O. Howd
Office of the Attorney General of Michigan
P.O. Box 30758
Lansing, MI 48909

Mr. Nicholas Klenow
Selendy & Gay
1290 Avenue of the Americas
New York, NY 10104

Mr. Yelena Konanova
Selendy & Gay
1290 Avenue of the Americas
New York, NY 10104

Mr. Daniel S. Korobkin
American Civil Liberties Union Of Michigan
2966 Woodward Avenue
Detroit, MI 48201

Mr. James Robert Mason III
Home School Legal Defense Association
1 Patrick Henry Circle
Purcellville, VA 20132

Ms. Cary S. McGehee
Pitt, McGehee, Palmer & Rivers
117 W. Fourth Street
Suite 200
Royal Oak, MI 48067

Mr. Anton Metlitsky
O'Melveny & Myers
7 Times Square
New York, NY 10036

Mr. Bruce A. Miller
Miller Cohen
7700 Second Avenue
Suite 335
Detroit, MI 48226

Julian D Miller
Forman, Watkins & Krutz LLP
210 E. Capitol Street
Suite 2200
Jackson, MS 39201

Ms. Jenice C. Mitchell Ford
Detroit Public Schools
3011 W. Grand Boulevard
Detroit, MI 48202-2710

Jayesh Patel
440 Burroughs Street, Suite 634
Detroit, MI 48202

Ms. Tina M. Patterson
The PuLSE Institute
615 Griswold Street
Suite 700
Detroit, MI 48226

Mr. Carter Glasgow Phillips
Sidley Austin
1501 K Street, N.W.
Washington, DC 20005

Tara Jordan Plochocki
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Avenue, N.W.
Suite 1000
Washington, DC 20005

Mr. Michael A. Rebell
Michael A. Rebell Associates
475 Riverside Drive
Suite 1373
New York, NY 10027

Mr. Bernard Eric Restuccia
Office of the Attorney General
of Michigan
P.O. Box 30212
Lansing, MI 48909

Mr. Mark D. Rosenbaum
610 S. Ardmore Avenue
Los Angeles, CA 90005

Ms. Ann M. Sherman
Office of the Attorney General of Michigan
P.O. Box 30212
Lansing, MI 48909

Mr. Scott Burnett Smith
Bradley, Arant, Boult & Cummings
200 Clinton Avenue, W., Suite 900
Huntsville, AL 35801

Mr. Michael Jay Steinberg
701 S. State Street, 3145 Jeffries Hall
Ann Arbor, MI 48109

David Strom
American Federation of Teachers
555 New Jersey Avenue, N.W.
Washington, DC 20001

Ms. Amanda Brooke Stubblefield
Keating, Muething & Klekamp
One E. Fourth Street, Suite 1400
Cincinnati, OH 45202

Ms. Jessica Underwood
Selendy & Gay, 1290 Avenue of the Americas
New York, NY 10104

Ms. Tracy E. Van Den Bergh
Office of the Attorney General of Michigan
P.O. Box 30758
Lansing, MI 48909

Ms. Jennifer Martin Wheeler
Sidley Austin,
One S. Dearborn Street
Chicago, IL 60603

Mr. Bryce J. Yoder
Keating, Muething & Klekamp
One E. Fourth Street, Suite 1400
Cincinnati, OH 45202

       Re: Case Nos. 18-1855/18-1871, *Gary B., et al v. Gretchen Whitmer, et al*
          Originating Case No. : 2:16-cv-13292

Dear Counsel,

 The Court issued the enclosed order today in these cases.

               Sincerely yours,

               s/Cathryn Lovely
               Opinions Deputy

cc: Mr. David J. Weaver

Enclosure

RECOMMENDED FOR FULL-TEXT PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)

File Name: 20a0157p.06

# UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

_____

GARY B., JESSIE K., CRISTOPHER R., ISAIAS R., ESMERALDA V., PAUL M., and JAIME R., minors,
      *Plaintiffs-Appellants*,

   *v*.

GRETCHEN WHITMER, et al.,
      *Defendants-Appellees*.

Nos. 18-1855/1871

Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.
No. 2:16-cv-13292—Stephen J. Murphy, III, District Judge.

Decided and Filed: May 19, 2020

Before: COLE, Chief Judge; MOORE, CLAY, GIBBONS, SUTTON, GRIFFIN, KETHLEDGE, WHITE, STRANCH, DONALD, THAPAR, BUSH, LARSEN, NALBANDIAN, READLER, and MURPHY, Circuit Judges.

_____

**ORDER**

_____

A member of the en banc court sua sponte requested a poll in this case pursuant to 6 Cir. I.O.P. 35(e). A majority of the Judges of this Court in regular active service has voted for rehearing en banc of these cases. Sixth Circuit Rule 35(b) provides that:

> A decision to grant rehearing en banc vacates the previous opinion and judgment of the court, stays the mandate, and restores the case on the docket as a pending appeal.

Nos. 18-1855/1871  *Gary B., et al. v. Whitmer, et al.*  Page 2

Accordingly, it is ORDERED, that the previous decision and judgment of this court are vacated, the mandates are stayed, and these cases are restored to the docket as pending appeals.

ENTERED BY ORDER OF THE COURT

*/s/ Deborah L. Hunt*

———————————————

Deborah L. Hunt, Clerk