Nos. 18-1855/1871

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 10, 2020
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| GARY B., et al.. ) | |
| ) | |
|    *Plaintiffs-Appellants,* ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| GRETCHEN WHITMER, et al. , ) | |
| ) | |
|    *Defendants-Appellees.* ) | |
| ) | |
| ) | |

Before: COLE, Chief Judge; MOORE, CLAY, GIBBONS, SUTTON, GRIFFIN, KETHLEDGE, WHITE, STRANCH, DONALD, THAPAR, BUSH, LARSEN, NALBANDIAN, READLER and MURPHY, Circuit Judges

    Before the *en banc* court is Appellant's motion to dismiss this appeal as moot based on the settlement agreement reached by the Appellants and the Governor of Michigan. The court having considered the motion, it is hereby

    GRANTED, and the appeal is dismissed with prejudice. All other pending motions in this appeal are hereby DENIED as moot.

                  ENTERED BY ORDER OF THE COURT

                  Deborah S. Hunt, Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 11, 2020

Mr. David J. Weaver
Eastern District of Michigan at Bay City
1000 Washington Avenue
Suite 219 Federal Building
Bay City, MI 48708-0000

Re: Case No. 18-1855/18-1871, *Gary B., et al v. Gretchen Whitmer, et al*
Originating Case No.: 2:16-cv-13292

Dear Mr. Weaver,

The Court issued the enclosed Order on June 10, 2020 in the above cases. The order was inadvertently not forwarded to you. I apologize for any inconvenience.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

Enclosure

No mandate to issue